In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-337 CR


____________________



BENNIE RAY JOHNSON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 95-10-01163 CR






MEMORANDUM OPINION


 We have before the Court an appeal by Bennie Ray Johnson from a sentence
pronounced February 4, 1998, and the appellant's motion for an extension for an out-of-time
appeal. The motion for an out-of-time appeal is DENIED, as the motion was not filed within
the time permitted for an extension of time to file notice of appeal. Tex. R. App P. 26.3(b). 
The notice of appeal was filed with the trial court on August 4, 2006, more than thirty days
from the date of sentencing. The Court finds the notice of appeal was not timely filed. Tex.
R. App. P. 26.2. It does not appear that appellant obtained an out-of-time appeal from the
Court of Criminal Appeals. The Court finds it is without jurisdiction to entertain this appeal. 
Accordingly, the appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED.

 ___________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered September 20, 2006 

Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.